Edward C. Bunck, appellant, v. Frank B. Downing, appellee. Gen. No. 30,717.

Action upon promissory note. Judgment against plaintiff for costs. Appeal from the Municipal Court of Chicago; the Hon. Theodore F. Ehler, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Reversed with findings of fact and judgment here. Opinion filed May 25, 1926.

Edward L. England, for appellant; Homer A. Dodge, of counsel. Robert F. Munsell, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

C. J. Gronkowski, appellant, v. Library Bureau, appellee. Gen. No. 30,728.

Action for damage to automobile in collision. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. R. C. Freeman, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Reversed and remanded. Opinion filed May 25, 1926.

William L. Hart, for appellant; William L. Hart and Joseph P. Brodie, of counsel. Loucks, Eckert & Peterson, for appellee; Tom Leeming and John J. Morris, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

Jay H. Emerson, appellee, v. Jerome Trading Company et al., appellants. Gen. No. 30,444.

Action upon promissory note. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. George A. Curran, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Reversed and remanded. Opinion filed May 25, 1926.

George B. Cohen and Abraham H. Cohen, for appellants. Gurdon Williams, for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

Abraham Solomon, appellant, v. Kearney Dailey Glass Company, Inc., appellee. Gen. No. 30,453.

Action for breach of contract of purchase and sale. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. John F. Haas, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Affirmed. Opinion filed May 25, 1926.

Dulsky, Friedman & Schimberg, for appellant. Keely & Murphy, for appellee; John F. Bolton, of counsel.

Mr. Justice Fitch delivered the opinion of the court.